UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNI GUADAGNINI,<br><br>         Plaintiff,<br><br>    v.<br><br>CITY OF PACIFICA and Does 1-10, Inclusive,<br><br>         Defendants. | Case: 3:15-CV-04715-JSC<br><br>**ORDER DISMISSING PLAINTIFF'S FOURTH CAUSE OF ACTION FOR NEGLIGENCE** |

### ORDER

Plaintiff GIOVANNI GUADAGNINI'S Fourth Cause of Action for Negligence is hereby ordered dismissed without prejudice.

Dated: March 10, 2016          _____
                               HONORABLE JACQUELINE SCOTT CORLEY
                               United States Magistrate Court Judge